ADAM WANG, (SBN 201233)
(adamqwang@gmail.com)
LAW OFFICES OF ADAM WANG
12 S. First Street, Suite 708
San Jose, CA 95113
Telephone:    (408) 292-1040
Facsimile:    (408) 416-0248

MONIQUE OLIVIER (SBN 190385)
(molivier@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California 94104
Telephone:    (415) 477-2410
Facsimile:    (415) 477-2420

Attorneys for Plaintiffs and the Putative Plaintiff Class

**E-Filed 7/13/10**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PERFECT DAY FRANCHISE, INC., a California corporation; A PERFECT DAY INC., a California corporation; MINJIAN HAND HEALING INSTITUTE, INC., a California corporation; TOM SCHRINER, an individual; TAILIANG LI, an individual; JIN QUI, an individual; JESSE DOE, an individual; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV 10-01189 PVT<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME ON (1) PLAINTIFFS' MOTION FOR RULE 23(d) ORDER TO ADDRESS DEFENDANTS' UNAUTHORIZED INTIMIDATION OF AND CONTACT WITH PUTATIVE CLASS MEMBERS, AND (2) PLAINTIFFS' MOTION TO MAINTAIN ANONYMITY OF DECLARANTS FOR FEAR OF RETALIATION IN CONNECTION WITH PLAINTIFFS' MOTION FOR RULE 23(D) ORDER TO ADDRESS DEFENDANTS' UNAUTHORIZED INTIMIDATION OF AND CONTACT WITH PUTATIVE CLASS MEMBERS<br>(Civ. L.R. 6-3) |

**ORDER**

Having reviewed the papers submitted in support of Plaintiffs' Motion to Shorten Time on (1) Plaintiffs' Motion for Rule 23(d) Order to Address Defendants' Unauthorized Intimidation of and Contact with Putative Class Members ("Rule 23(d) Motion"), and (2) Plaintiffs' Motion to Maintain Anonymity of Declarants for Fear of Retaliation in Connection with Plaintiffs' Motion for Rule 23(d) Order to Address Defendants' Unauthorized Intimidation of and Contact with Putative Class Members ("Anonymity Motion"), and GOOD CAUSE appearing, this Court hereby ORDERS the following briefing and hearing schedule on this Motion:

Defendants' opposition papers due ~~July 16, 2010~~ July 23, 2010

Plaintiffs' reply papers due ~~July 23, 2010~~ July 30, 2010

Hearing ~~July 30, 2010 at 9:00 a.m.~~ August 6, 2010 at 9:00 a.m.

**IT IS SO ORDERED**

Dated: July 13, 2010        By: _____
                                 Jeremy Fogel
                                 US District Court

1
[PROPOSED] ORDER RE MOTION TO SHORTEN TIME
                                                        CASE NO. CV 10-1189 JF