UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>A PERFECT DAY FRANCHISE, INC., et al.,<br><br>　　　　Defendants. | Case No.: C 10-1189 LHK PVT<br><br>**ORDER TENTATIVELY FINDING PLAINTIFFS' MOTION REQUESTING DISCOVERY RE ARBITRABILITY MOOT**<br><br>**(Re: Docket No. 47)** |

On August 2, 2010, Plaintiffs filed a Motion Requesting Discovery re Arbitrability, along with a motion to shorten time for hearing that motion.[1] Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order without further briefing or oral argument. Based on the moving papers presented,

IT IS HEREBY ORDERED that the court tentatively finds Plaintiffs' motion MOOT. From the docket herein, it appears that the parties have already met and conferred regarding the limits on discovery and regarding preserving discoverable evidence. *See* Joint Case Management Conference Statement (docket no. 29, ¶¶ 6 & 8). While the parties have not yet made their initial disclosures, they have agreed on a date for initial disclosures. *See* Joint Case Management Conference Statement

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  (docket no. 29, ¶ 7). As it appears the parties have had a substantive Rule 26(f) meet and confer, and
2  because the deadline for them to complete that meet and confer has passed, the Rule 26(d) stay on
3  discovery is no longer in effect. No other stay on discovery appears on the docket. Thus, discovery
4  is open and no motion for leave to conduct discovery is necessary.
5       IT IS FURTHER ORDERED that, if Defendants contend the Rule 26(d) stay on discovery
6  remains in effect, then no later than August 9, 2010, Defendants shall file a brief setting forth the
7  basis for that contention, and also responding to the Plaintiffs' motion to shorten time. If the
8  Defendants do not file any such brief on or before August 9, 2010, this tentative order will become
9  final without further action by the court.
10 Dated: *8/3/10*

　　　　　　　　　　　　　　　　　　　　*[signature]*
11
12 　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 2*