| | |
|---|---|
| 1 | Richard Wahng (SBN 225672) |
| | Lee E. Sheldon (SBN 263310) |
| 2 | Law Offices of Richard C. J. Wahng |
| | 152 Anza Street, Suite 201 |
| 3 | Fremont, CA 94539 |
| | (510) 490-4447 Telephone |
| 4 | (510) 490-1102 Fax |
| 5 | Attorney for Defendants, |
| | A PERFECT DAY FRANCHISE, INC,, |
| 6 | MINJIAN HAND HEALING INSTITUTE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUIFU LI, MENG YANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated, | Case No. CV10-01189 LHK |
| Plaintiffs, | **STIPULATION TO LIMIT DISCOVERY** |
| vs. | |
| A PERFECT FRANCHISE, INC, a California Corporation; *et. al*. | |
| Defendants. | |

STIPULATION TO LIMIT DISCOVERY                                   Case No. CV10-01189LHK

1

1  Pursuant to Civil Local Rule 7-12 it is hereby stipulated by and between plaintiffs,
2  GUIFU LI, MENG YANG, FANG DAI, LIN CUI and ZHONG YU and defendants, A
3  PERFECT DAY FRANCHISE, INC., and MINJIAN HAND HEALING INSTITUTE, INC.,
4  through their respective attorneys, that all discovery in this case will be limited to: (1) any and all
5  contacts between defendants and their agents or employees and plaintiffs and their agents and
6  employees with putative class members regarding this action, including all complete and non-
7  redacted releases and other documents signed by putative class members concerning or relating
8  to this action, and (2) any and all issues relating to the arbitrability of this action.  This limitation
9  will remain in effect until defendants' Motion to Dismiss and to Compel Arbitration has been
10 ruled on or otherwise disposed of.  This stipulation does not prevent plaintiffs or defendants from
11 seeking discovery on additional issues during this limited discovery period upon a showing of
12 good cause.

14 Dated: August 26, 2010

16                              /S/
       Lee Sheldon
17     Attorney for Defendants

18 Dated: August 26, 2010

20                              /S/
       Monique Olivier
21     Attorney for Plaintiffs and
       Putative Plaintiff Class

STIPULATION TO LIMIT DISCOVERY                              Case No. CV10-01189LHK

**General Order 45, Attestation of Signatures**

I, LEE SHELDON, attest that the concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their respective signatures.

                                          __/S/_____
                                          Lee Sheldon
                                          Attorney for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:  *8/30/10*                       *Patricia V. Trumbull*
                                          Honorable Patricia Trumbull
                                          United States Magistrate Judge