**E-Filed 09/13/2010**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>         vs.<br><br>A PERFECT DAY FRANCHISE, INC., a California corporation; *et al.*,<br><br>                    Defendants. | Case No.: 10-CV-01189-LHK<br><br>ORDERING MEET AND CONFER REGARDING SELECTION OF MAGISTRATE JUDGE |

On September 10, 2010, in response to this Court's order, the parties filed separate statements consenting to proceed before particular Magistrate Judges. However, the parties did not consent to the same Magistrate Judge. In light of this, the parties are hereby ORDERED to meet and confer regarding a mutually-agreeable Magistrate Judge or Judges to whom both parties would consent to proceed. The parties shall file a statement reporting the outcome of this meet and confer by September 27, 2010.

**IT IS SO ORDERED.**

Dated: 09/13/2010

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-01189-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER