**E-Filed 10/08/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>A PERFECT DAY FRANCHISE, INC., a California Corporation, et al.,<br><br>Defendants. | Case No.: 10-CV-01189-LHK<br><br>ORDER REGARDING NOTICE TO A PERFECT DAY FRANCHISE, INC. WORKERS |

The Court has reviewed the Plaintiffs' proposed edits to the curative notice to be sent to A Perfect Day Franchise, Inc. ("A Perfect Day Spa") workers. The Court hereby issues the final notice, attached to this order. The parties are directed to translate and distribute the notice as specified in the Court's Order of September 29, 2010.

**IT IS SO ORDERED.**

Dated: October 8, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge