UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> A PERFECT DAY FRANCHISE, INC., et al., <br><br> Defendants. | Case No.: C 10-1189 LHK PVT <br><br> **INTERIM ORDER RE PLAINTIFFS' MOTION TO COMPEL INSPECTION AND PRODUCTION** <br><br> **(Re: Docket No. 72)** |

On October 29, 2010 Plaintiffs filed a motion to compel inspection and production of documents. Based on the moving papers and the file herein,

IT IS HEREBY ORDERED that the parties shall conduct a further meet and confer in light of the order issued concurrently herewith regarding the scope of discovery.

IT IS FURTHER ORDERED that, in the event the parties cannot resolve the disputes addressed in Plaintiffs' motion to compel, then no later than November 9, 2010, the parties shall submit a joint brief which, for each discovery request which remains in dispute, sets forth the request, Defendants' original objection to the request, the Plaintiffs' current position regarding the request and the Defendants' current position regarding the request. Absent further order of the court the motion will be deemed submitted on the papers at that time.

Dated:   *11/1/10*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*