ADAM WANG, (SBN 201233)
(adamqwang@gmail.com)
LAW OFFICES OF ADAM WANG
12 S. First Street, Suite 708
San Jose, CA 95113
Telephone: (408) 292-1040
Facsimile: (408) 416-0248

WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
235 Montgomery St., Suite 1010
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

Attorneys for Plaintiffs and the Putative Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PERFECT DAY FRANCHISE, INC., a California corporation; *et al.,*<br><br>Defendants. | Case No. CV 10-01189 LHK (PVT)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER AMENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Courtroom: 4, 5th Floor<br>Judge: Hon. Lucy H. Koh<br><br>Complaint Filed: March 22, 2010 |

STIPULATION AND [~~PROPOSED~~] ORDER AMENDING BRIEFING SCHEDULE RE MOTION TO DISMISS; CASE NO. CV 10-1189 LHK (PVT)

1    Whereas on September 3, 2010, Defendants Re-Noticed their Motion to Dismiss Proceedings
2 and Compel Arbitration before this Court, setting the hearing for December, 2, 2010.  (Dkt. 73.)
3    Whereas the briefing schedule under the local rules for a December 2, 2010 hearing makes
4 opposition papers due November 10, 2010 and reply papers due November 18, 2010.
5    Whereas the parties have not previously sought an extension of the briefing schedule.
6    Whereas the resolution of the motion to compel arbitration may be contingent on numerous
7 factual disputes on which Plaintiffs have sought discovery.
8    Whereas on August 6, 2010, Plaintiffs served Plaintiff Guifu Li's First Request for
9 Production of Documents and to Permit Inspection ("RPD") upon Defendant A Perfect Day
10 Franchise Inc.
11    Whereas on September 10, 2010, Defendant A Perfect Day Franchise Inc. served its
12 responses.
13    Whereas on September 24, 2010, Defendant A Perfect Day Franchise Inc. produced hard
14 copies of 120 Independent Contractor Agreements.
15    Whereas the parties have diligently engaged in discovery efforts, including ongoing meet and
16 confer to informally resolve disputes.
17    Whereas after protracted meet and confer efforts regarding scheduling, Plaintiffs began the
18 deposition of June Ma, Perfect Day's Human Resources Manager on October 12, 2010 and Jade Li,
19 the Manager of Perfect Day's Fremont branch on October 20, 2010 and have noticed dates for the
20 completion of these.  Defendants are unavailable on the noticed dates and have requested that these
21 depositions occur on November 5th and 8th respectively.
22    Whereas the parties reached an impasse and on October 29, 2010 Plaintiffs filed a motion to
23 compel documents and a server inspection.  (Dkt. 112-14.)
24    Whereas on November 1, 2010, Honorable Patricia Trumbull issued an order on Plaintiffs'
25 motion to compel that may resolve the ongoing discovery disputes.  However, to-date, because of the
26 discovery disputes and the recent schedules of counsel, documents that may be at issue have not yet
27 been produced and an inspection of defendants' computer server has not yet been conducted.  (Dkt.
28 119.)

STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE RE MOTION
TO DISMISS; CASE NO. CV 10-1189 LHK (PVT)

1     Whereas Defendants counsel was unavailable to produce documents, or defend depositions during the week of November 25, 2010 due to a jury trial. (Dkt. 103.)

    Whereas Defendants' human resources manager and designated person most knowledge was in a car accident on October 31, 2010. As a result of the car accident, he is unavailable for his deposition until at least November 8, 2010.

    As a result of the unavailability of Defendants' counsel and Defendants' employee, the parties were not able to schedule depositions or conduct a server inspection for the week of October 25 or November 2nd. The earliest dates these discovery events can occur are November 8, 2010.

    Whereas Defendants' counsel has not yet been able to take the depositions of any of the named Paintiffs in this case due to counsel's recent trial schedule. Whereas the depositions of Paintiffs are set to be completed the week of November 7th.

    Whereas the parties agree to act in good faith and complete the outstanding depositions, server inspection, and to further meet and confer regarding production of documents. Whereas the parties agree that good cause exists to modify the briefing schedule.

    Accordingly, the parties propose the following briefing schedule:

- Deadline to file opposition papers      December 8, 2010
- Deadline to file reply papers      December 16, 2010
- Hearing      January 27, 2011 at 1:30 p.m.

Dated: November 3, 2010      LAW OFFICES OF ADAM WANG

     THE STURDEVANT LAW FIRM
     A Professional Corporation

     DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

     /s/ *Whitney Huston*
       Whitney Huston
       Attorneys for Plaintiffs and the Putative Class

---

STIPULATION AND [~~PROPOSED~~] ORDER AMENDING BRIEFING SCHEDULE RE MOTION TO DISMISS; CASE NO. CV 10-1189 LHK (PVT)

| | |
|---|---|
| Dated:  November 3, 2010 | LAW OFFICES OF RICHARD WANG<br>Richard Wahng (SBN 225672)<br>Lee E. Sheldon (SBN 263310)<br>152 Anza Street, Suite 201<br>Fremont, CA 94539<br>(510) 490-4447 Telephone<br>(510) 490-1102 Fax<br><br>/s/ *Lee Sheldon*<br>Attorneys for Defendants, A Perfect Day, Minjian Hand Healing Institute, Jin Qui, and Tailiang Li |
| Dated:  November 3, 2010 | LAW OFFICES OF MICHAEL LANE<br>Michael Lane (SBN 239517)<br>42024 Benbow Dr.<br>Fremont, CA  94539<br>(510) 789-9818 Telephone<br>N/A Facsimile<br><br>/s/ *Michael Lane*<br>Attorney for Defendant, Tom Schriner |

## ATTESTATION UNDER GENERAL ORDER 45

I, Whitney Huston, attest that the concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their respective signatures.

/s/ *Whitney Huston*
Whitney Huston

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: __November 5, 2010____     By: _____*Lucy H. Koh*_____
HONORABLE LUCY H. KOH
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER AMENDING BRIEFING SCHEDULE RE MOTION TO DISMISS; CASE NO. CV 10-1189 LHK (PVT)