Richard Wahng (SBN 225672)
Lee E. Sheldon (SBN 263310)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 490-1102 Fax

Attorney for Defendants, A Perfect Day Franchise, Inc.,
Minjian Hand Healing Institute, Inc., Tailiang Li, and Jin Qui

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PERFECT FRANCHISE, INC, a California Corporation; *et. al*.<br><br>Defendants. | Case No. CV10-01189 LHK (PVT)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED ORDER] AMENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Courtroom: 4, 5th Floor<br>Judge:     Hon. Lucy H. Koh |

Whereas on September 3, 2010, Defendants Re-Noticed their Motion to Dismiss Proceedings and Compel Arbitration for December 2, 2010. [Dkt. No. 73.]

Whereas on November 3, 2010, Plaintiffs and Defendants stipulated to a modification of the briefing schedule to allow the parties time to complete necessary discovery. [Dkt. No. 121.]

Whereas on November 5, 2010, the Court granted the parties' stipulation and set Defendants' Motion to Dismiss Proceedings and Compel Arbitration for hearing on January 27, 2010. [Dkt. No. 123.]

Whereas Defendants' Reply Brief is currently due on December 16, 2010.

STIPULATION AND PROPOSED ORDER AMENDING BRIEFING SCHEDULE      Case No. CV10-01189LHK

1  Whereas as December 8, 2010, Plaintiffs filed and served Defendants with Plaintiffs'
2  Opposition to Defendants' Motion to Dismiss Proceeding and the supporting declarations of
3  counsel and a former worker at A Perfect Day, named FENG WANG.
4
5  Whereas the parties have met and conferred and Plaintiffs have agreed to produce FENG
6  WANG for deposition on December 17, 2010, the day after Defendants Reply Brief is currently
7  due.
8  Whereas the parties agree that good cause exists to modify the briefing schedule.
9  Whereas the parties agree to act in good faith and to complete the deposition of FENG
10 WANG on December 17, 2010, and to further meet and confer on outstanding discovery matters.
11 Accordingly, the parties propose the following briefing schedule:
12
13 • Deadline to file reply papers        December 23, 2010
14 • Hearing                              January 27, 2010 at 1:30pm
15
16
17
18
19 Dated: December 10, 2010
20
21                                              _____/S/_____
                                                Lee Sheldon
22                                              Attorney for Defendant
                                                A Perfect Day Franchise, Inc.,
23                                              Minjian Hand Healing Institute,
                                                Inc., Jin Qui and Tailiang Li
24 Dated: December 10, 2010
25
26                                              _____/S/_____
                                                Monique Olivier
27                                              Attorney for Plaintiffs and
                                                Putative Plaintiff Class
28

STIPULATION AND ~~PROPOSED~~ ORDER AMENDING BRIEFING SCHEDULE     Case No. CV10-01189LHK

2

Dated: December 10, 2010

                /S/
Theresa Muley
Attorney for Defendant Tom Schriner

**ATTESTATION OF SIGNATURES UNDER GENERAL ORDER 45**

I, Lee E. Sheldon, attest that the concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their respective signatures.

                /S/
Lee Sheldon

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: December 14, 2010        BY: *Lucy H. Koh*
                                                   Hon. Lucy H. Koh
                                                   United States Magistrate Judge