UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>    v.<br><br>A PERFECT DAY FRANCHISE, INC., a California Corporation, et al.,<br><br>            Defendants. | Case No.: 10-CV-01189-LHK<br><br><br>ORDER REGARDING CASE MANAGEMENT CONFERENCE |

The Court previously scheduled a Case Management Conference on February 25, 2011, at 2:00 p.m. The Court further ordered the parties to submit a Joint Case Management Statement by February 3, 2011, with a proposed case schedule. On February 3, 2011, Plaintiffs in this matter submitted a Case Management Statement with proposed dates, and represented that Defendants did not make themselves available to meet and confer with Plaintiffs regarding a proposed schedule. Defendants submitted a statement the same day, stating that they intend to appeal the Court's denial of Defendants' Motion to Compel Arbitration, and to seek a stay of this action pending the outcome of the appeal. Defendants do not propose any case schedule dates in their separate filing.

Absent a Court order staying the case, the February 25, 2011 Case Management Conference remains as set. Defendants are strongly urged to meet and confer with Plaintiffs regarding a case

schedule.  Any additional Joint Case Management Statement must be filed no later than February 14, 2011.

Dated: February 7, 2011

_____
LUCY H. KOH
United States District Judge