Michael Lane (SBN 239517)
42024 Benbow Drive
Fremont, CA 94539
Tel.: (510) 789-9818

Theresa Muley, Esq. (SBN 157731)
7620 Ashford Way
Dublin, CA 94568
Tel.: (925) 833-8500
Fax.: (925) 833-9339

Attorneys for Defendant Tom Shriner

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUIFU LI, on behalf of himself and others, similarly situated,<br><br>        Plaintiffs,<br>   vs.<br><br>A PERFECT DAY FRANCHISE, INC., a California Corporation; A PERFECT DAY, INC., a California Corporation; MINJIAN HAND HEALING INSTITUTE, INC., a California Corporation; TOM SHRINER, an individual; TAILIANG LI, an individual; JIN QUI, an individual; JESSE DOE, an individual; and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No. CV10-01189 LHK<br><br>[**PROPOSED**] ORDER GRANTING SUBSTITUTION OF ATTORNEY AND ATTORNEY WITHDRAWAL<br><br>Judge:     Hon. Lucy H. Koh |

Michael Lane seeks to withdraw as counsel for Defendant Tom Schriner in the above-captioned litigation pursuant to Local Rule 11-5(a) and Cal. R. Prof. Conduct 3-700(A)(1). As this Court finds that Mr. Lane and Ms. Muley filed an executed Substitution of Attorney form on November 30, 2010, and have submitted satisfactory reasoning for withdrawal, and that the granting of his Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that Michael Lane's Motion to Withdraw as Counsel for Defendant Tom Schriner is GRANTED, and Michael Lane is hereby terminated as counsel in this proceeding and, consequently, should no longer receive notice of e-Filings.

1
2   DATED: April 12, 2011          By: _____
                                       Hon. Lucy H. Koh
3                                      United States District Court
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING SUSBSTITUTION OF ATTORNEY AND ATTORNEY WITHDRAWAL    CV10-01189 LHK