1  ADAM WANG, (SBN 201233)
   (adamqwang@gmail.com)
2  LAW OFFICES OF ADAM WANG
   12 S. First Street, Suite 708
3  San Jose, CA  95113
   Telephone:  (408) 292-1040
4  Facsimile:  (408) 416-0248

5  WHITNEY HUSTON (SBN 234863)
   (whuston@sturdevantlaw.com)
6  THE STURDEVANT LAW FIRM
   A Professional Corporation
7  354 Pine Street, Fourth Floor
   San Francisco, California  94104
8  Telephone:  (415) 477-2410
   Facsimile:  (415) 477-2420

9
   MONIQUE OLIVIER (SBN 190385)
10 (monique@dplolaw.com)
   DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
11 100 Bush Street, Suite 1800
   San Francisco, CA  94104
12 Telephone:  (415) 433-0333
   Facsimile:  (415) 449-6556
13

14 Attorneys for Plaintiffs and the Putative Class

15              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
16                    **SAN JOSE DIVISION**

17 GUIFU LI, MENG WANG, FANG DAI,          Case No.  CV 10-01189 LHK (PSG)
   LIN CUI, and ZHONG YU on behalf of
18 themselves and all others similarly situated,   **CLASS ACTION**

19              Plaintiffs,                  **STIPULATION AND [~~PROPOSED~~] ORDER TO**
                                            **FILE SECOND AMENDED COMPLAINT**
20       vs.                                **PURSUANT TO FED. R. CIV. P. 15(a)(2)**

21 A PERFECT DAY FRANCHISE, INC., a
   California corporation; *et al.,*
22
                Defendants.
23                                          Complaint Filed:  March 22, 2010

24

25

26

27

28
                                        1
   STIPULATION AND [~~PROPOSED~~] ORDER TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FED. R.
   CIV. P. 15(A)(2); CASE NO. CV 10-01189 LHK (PSG)

WHEREAS the initial Complaint in this action was filed on March 22, 2010.  (Dkt. 1.)

WHEREAS the First Amended Complaint was filed on May 12, 2010.  (Dkt. 6.)

WHEREAS Plaintiffs Guifu Li, Meng Wang[1], Fang Dai, Lin Cui, and Zhong Yu, on behalf of themselves and all others similarly situated, ("Plaintiffs") have discovered new information concerning the true name of Defendant Jesse Doe, the identity of additional defendants, and Plaintiffs have exhausted all administrative remedies under California Labor Code § 2699.3.

WHEREAS Plaintiffs have therefore determined that the Complaint should be amended.

WHEREAS Defendants A Perfect Day Franchise, Inc., Minjian Hand Healing Institute, Inc., Tom Schriner, Tailiang Li, and Jin Qui ("Defendants") have consented, pursuant to Fed. R. Civ. P. 15(a)(2), to Plaintiffs amending their Complaint.

IT IS HEREBY STIPULATED by and between the parties hereto, pursuant to Fed. R. Civ. P. 15(a)(2), that Defendants consent to Plaintiffs filing their Second Amended Complaint, a copy of which is attached hereto as Exhibit A.

IT IS FURTHER STIPULATED that Plaintiffs will file the Second Amended Complaint separately the same date this Stipulation and Order is signed.

IT IS FURTHER STIPULATED that Defendants are deemed served with a copy of the Second Amended Complaint as of the date of its filing and that Defendants will file a responsive pleading no later than 21 days after the Second Amended Complaint is filed.

Dated:  April 8, 2011

LAW OFFICES OF ADAM WANG

THE STURDEVANT LAW FIRM
A Professional Corporation

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By:   /s/ Whitney Huston
Whitney Huston
Attorneys for Plaintiffs and the Putative Class

---

[1] Meng Yang was erroneously named in the First Amended Complaint as Meng Wang.

STIPULATION AND [~~PROPOSED~~] ORDER TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(A)(2); CASE NO. CV 10-01189 LHK (PSG)

Dated:  April 8, 2011                    LAW OFFICES OF RICHARD C.J. WAHNG


                                         By:   /s/ Lee Sheldon
                                             Richard C.J. Wahng
                                             Lee Edwin Sheldon
                                             Attorneys for Defendants A Perfect Day Franchise,
                                             Inc., Minjian Hand Healing Institute, Inc., Jin Qui
                                             and Tailiang Li


Dated:  April 8, 2011                    MULEY LAW FIRM


                                         By:   /s/ Theresa Muley
                                             Theresa Muley
                                             Attorneys for Defendant Tom Schriner


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   April 12, 2011

                                         _____
                                         Honorable Lucy H. Koh
                                         UNITED STATES DISTRICT COURT JUDGE


### ATTESTATION

I, Whitney Huston, am the ECF user whose ID and password are being used to file this

STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT

PURSUANT TO FED. R. CIV. P. 15(a)(2).  In compliance with General Order 45, I hereby attest

that Lee Edwin Sheldon, counsel for Defendants A Perfect Day Franchise, Inc., Minjian Hand

Healing Institute, Inc., Jin Qui and Tailiang Li, and Theresa Muley, counsel for Defendant Tom

Schriner have concurred in this filing.


Dated: April 8, 2011                By:   /s Whitney Huston
                                         Whitney Huston
                                         Attorneys for Plaintiffs and the Putative Class

2