Richard Wahng (SBN 225672)
Lee E. Sheldon (SBN 263310)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 490-1102 Fax

Attorney for Defendants,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PERFECT FRANCHISE, INC, a California Corporation; *et. al*.<br><br>Defendants. | Case No. CV10-01189 LHK (PVT)<br><br>CLASS ACTION<br><br>**STIPULATION AND [~~PROPOSED~~ ORDER] AMENDING BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION , AS MODIFIED**<br><br>Courtroom: 4, 5th Floor<br>Judge:       Hon. Lucy H. Koh |

WHEREAS the parties have met and conferred in good faith to set the deposition dates for defendants pursuant to this Court's case management order dated June 17, 2011;

Whereas the depositions of the defendants will not be completed until July 28, 2011, which is the current deadline for Plaintiffs' Motion for Class Certification;

IT IS HEREBY STIPULATED by and by and between the parties, through their respective attorneys of record that the class certification briefing schedule shall be as follows:

- Deadline to file motion           August 11, 2011
- Deadline to file opposition       August 31, 2011
- Deadline to file reply            September 15, 2011
- Hearing                           September 29, 2011 at 1:30pm

No further extensions of the schedule for this motion will be granted.

STIPULATION AND ~~PROPOSED~~ ORDER AMENDING BRIEFING SCHEDULE     Case No. CV10-01189LHK

1

Dated: July 6, 2011

               /S/
              Lee Sheldon
              Attorney for Defendants

Dated: July 6, 2011

               /S/
              Monique Olivier
              Attorney for Plaintiffs and
              Putative Plaintiff Class

### ATTESTATION OF SIGNATURES UNDER GENERAL ORDER 45

I, Lee E. Sheldon, attest that the concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their respective signatures.

               /S/
              Lee Sheldon

### PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: July 8, 2011      BY: *Lucy H. Koh*
               Hon. Lucy H. Koh

STIPULATION AND ~~PROPOSED~~ ORDER AMENDING BRIEFING SCHEDULE  Case No. CV10-01189LHK