1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>   v.<br><br>A PERFECT DAY FRANCHISE, INC., a California Corporation, et al.,<br><br>                Defendants. | Case No.: 10-CV-01189-LHK<br><br>ORDER REGARDING SCHEDULE FOR MOTIONS |

The Court has ordered that the parties submit various motions by August 5, 2011. These motions shall not exceed 5 pages in length. Any oppositions to these motions shall also not exceed 5 pages, and any replies shall not exceed 3 pages.

The Court sets the following briefing schedule:

    Motions filed: August 5, 2011

    Oppositions: August 10, 2011

    Reply: August 12, 2011

The Court sets a hearing date of August 19, 2011 at 2:00 p.m. The Court will attempt to resolve these motions on the papers.

1

Case No.: 10-CV-01189-LHK
ORDER REGARDING SCHEDULES FOR MOTIONS

**IT IS SO ORDERED.**

Dated: August 3, 2011

_____
LUCY H. KOH
United States District Judge

2
Case No.: 10-CV-01189-LHK
ORDER REGARDING SCHEDULES FOR MOTIONS