1
2
3
4
5
6
7
8

9            UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11                SAN JOSE DIVISION

12  | GUIFU LI, MENG WANG, FANG DAI, LIN    ) | Case No.: 10-CV-01189-LHK
    | CUI, and ZHONG YU, on behalf of themselves )
13  | and all others similarly situated,    )
    |                                        )   ORDER SETTING EVIDENTIARY
14  |                 Plaintiffs,            )   HEARING
    |        v.                              )
15  |                                        )
    | A PERFECT DAY FRANCHISE, INC., a      )
16  | California Corporation, et al.,        )
    |                                        )
17  |                 Defendants.            )
    |                                        )
18

19          The Court believes that an evidentiary hearing is necessary to resolve the issues raised in

20  Defendants' Motion to Disqualify Counsel.  At the hearing, set for August 19 at 1:30 pm, both Mr.

21  Ma and Mr. Wang, and any other witnesses deemed necessary by the parties, shall be prepared to

22  testify as to the facts raised in the parties' briefs.  The Court does not have the funds to provide an

23  interpreter; therefore the parties are ordered to agree upon, and provide, a Mandarin interpreter for

24  this hearing.

25          The parties should also be prepared to discuss the Plaintiffs' Motion to Compel and Motion

26  for Sanctions.

27

28
                                                1
    Case No.: 10-CV-01189-LHK
    ORDER REGARDING EVIDENTIARY HEARING

1

2          Finally, Defendants, to the extent that such a document is within their custody or control,

3   are ordered to produce a copy of the Lease Agreement for A Perfect Day's Santa Clara location

4   referred to in Dkt. No. 240 by August 18, 2011.

5   **IT IS SO ORDERED.**

6   Dated: August 17, 2011

7                                          LUCY H. KOH
                                           United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 10-CV-01189-LHK
ORDER REGARDING EVIDENTIARY HEARING