MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 433-0333
Facsimile:   (415) 449-6556

ADAM WANG, (SBN 201233)
(adamqwang@gmail.com)
LAW OFFICES OF ADAM WANG
12 S. First Street, Suite 708
San Jose, CA  95113
Telephone:  (408) 292-1040
Facsimile:   (408) 416-0248

Attorneys for Plaintiffs and the Putative Class and Counterdefendants.

(Additional Counsel Listed on Signature Page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| GUIFU LI, MENG YANG, FANG DAI, LIN CUI, and ZHONG YU on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>A PERFECT DAY FRANCHISE, INC., a California corporation, *et al*.,<br><br>Defendants. | Case No.  CV 10-01189 LHK (PSG)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR EXPERT DISCLOSURES**  As Modified |
| MINJIAN HAND HEALING INSTITUTE, INC., a California corporation,<br><br>Counterclaimant,<br>vs.<br><br>FANG DAI, and individual; ZHONG YU, an individual; LIN CUI, and individual; and DOES 11-30, inclusive,<br><br>Counterdefendants. | Courtroom: 4, 5th Floor<br>Judge:      Hon. Lucy H. Koh<br><br>Complaint Filed:  March 22, 2010 |

1  WHEREAS on June 17, 2011, this Court issued a Minute Order and Case Management Order (Dkt. 203) which set the deadline for expert discovery as follows:

- Disclosures                    September 15, 2011
- Rebuttal Disclosures           October 6, 2011
- Expert Discovery Cut-Off       December 2, 2011

WHEREAS the parties have been actively engaged in discovery. Plaintiffs have served document requests and interrogatory requests on Defendants. Defendants have provided responses to those requests. Plaintiffs believe many of the responses are inadequate. In addition, Plaintiffs have served 30(b)(6) deposition notices on A Perfect Day Franchise, Inc. and Minjian Hand Healing Institute, Inc. The depositions have gone forward, but Plaintiffs believe issues remain and the depositions are not yet complete and must be completed.

Similarly, Defendants have served document requests and interrogatory requests on Plaintiffs. Plaintiffs have produced responses to those requests. However, Defendants believe many of the responses are inadequate. The parties are meeting and conferring on these discovery issues per the Court's orders and the federal rules, however they may require motions to compel.

WHEREAS the parties are currently briefing the Motion for Class Certification and therefore there has not been a decision on class certification, which may affect the parties' use of expert witnesses at trial.

WHEREAS there has been no decision on the Defendants' pending Motion to Disqualify Plaintiffs' Counsel which will affect the case moving forward.

//
//
//
//
//
//
//

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR EXPERT DISCLOSURES
CASE NO. CV 10-01189 LHK (PSG)

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that the deadline for expert discovery shall be amended as follows:

- Disclosures                October 21, 2011
- Rebuttal Disclosures       November 15, 2011
- Expert Discovery Cut-Off   December 2, 2011

Dated:  September 12, 2011          LAW OFFICES OF ADAM WANG

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

THE STURDEVANT LAW FIRM
A Professional Corporation

By: /s/ *Monique Olivier*
    Monique Olivier

Attorneys for Plaintiffs and the Putative Class and Counterdefendants

Dated:  September 12, 2011          LAW OFFICES OF RICHARD WAHNG

By: /s/ *Lee E. Sheldon*
    Lee Edwin Sheldon
    Attorneys for Defendants and Counterclaimant

**ADDITIONAL COUNSEL FOR PLAINTIFFS/COUNTERDEFENDANTS**

JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

**ATTESTATION UNDER GENERAL ORDER 45**

I, Monique Olivier, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR EXPERT DISCLOSURES.  In compliance with General Order 45, I hereby attest that Lee Sheldon, counsel for Defendants, has concurred in this filing.

DATE:  September 12, 2011           /s/ *Monique Olivier*
                                     Monique Olivier

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR EXPERT DISCLOSURES
CASE NO. CV 10-01189 LHK (PSG)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The deadline for expert discovery shall be amended as follows:

- Disclosures                October 21, 2011
- Rebuttal Disclosures       November 15, 2011
- Expert Discovery Cut-Off   December 2, 2011

This Order does not change the Expert or Fact Discovery Cut-offs, which remain set as before.

September 14, 2011
DATED: _____     By: _____
                                        HONORABLE LUCY H. KOH
                                        United States District Judge