UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>    v.<br><br>A PERFECT DAY FRANCHISE, INC., a California Corporation, et al.,<br><br>                    Defendants. | Case No.: 10-CV-01189-LHK<br><br>ORDER REGARDING RESPONSE TO OBJECTIONS |

The Court hereby GRANTS Plaintiffs' request to file a response to Defendants' objections to evidence arising out of the Class Certification/Collective Action briefing. Plaintiffs shall file *one* response, no more than 3 pages, by Tuesday September 27, 2011. The Court shall consider the briefing regarding this matter concluded at that time.

**IT IS SO ORDERED.**

Dated: September 23, 2011

_____
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-01189-LHK
ORDER REGARDING RESPONSE TO OBJECTIONS