UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>A PERFECT DAY FRANCHISE, INC., a California Corporation, et al.,<br><br>Defendants. | Case No.: 10-CV-01189-LHK<br><br>ORDER ENLARGING EXPERT DISCOVERY DEADLINES |

Plaintiffs filed a motion to enlarge time for expert disclosures and expert discovery on October 19, 2011. ECF No. 272. Defendants filed an opposition on October 24, 2011. ECF No. 274. Finding good cause, and finding no undue prejudice to the Defendants, the Court GRANTS, in part, Plaintiffs' motion for an extension of expert discovery deadlines. The new expert discovery deadlines are as follows:

    Expert disclosures: November 29, 2011

    Rebuttal expert disclosures: December 16, 2011

    Close of expert discovery: December 30, 2011

All other deadlines remain as set.

1

Case No.: 10-CV-01189-LHK
ORDER ENLARGING EXPERT DISCOVERY DEADLINES

**IT IS SO ORDERED.**

Dated: October 26, 2011

_____
LUCY H. KOH
United States District Judge