UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br>  v.<br><br>A PERFECT DAY FRANCHISE, INC., a California Corporation, et al.,<br><br>     Defendants. | Case No.: 10-CV-01189-LHK<br><br>ORDER SETTING HEARING ON DISCOVERY MOTIONS |

  Plaintiffs in this case have filed the following pending discovery motions: (1) a Motion to Compel Discovery Responses Regarding Financial Information (ECF No. 277); (2) a Motion to Compel the Depositions of Defendants (ECF No. 281); (3) a Motion to Compel Production of Documents and Responses to Interrogatories (ECF No. 282); and (4) a Motion to Compel the Deposition of Anna Tong (ECF No. 284).

  Defendants have also filed several pending discovery motions, including: (1) a Motion to Compel Responses to Interrogatories (ECF No. 278); and (2) a Motion to Compel Responses to Request for Production of Documents (ECF No. 279).

1

Case No.: 10-CV-01189-LHK
ORDER SETTING HEARING ON DISCOVERY MOTIONS

The Court hereby specially sets a hearing on Monday, November 21 at 2:30 p.m. The parties shall come prepared to discuss all of the above-referenced motions to compel. The Court may attempt to resolve the issues on the papers in advance of the hearing.

**IT IS SO ORDERED.**

Dated: November 9, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No.: 10-CV-01189-LHK
ORDER SETTING HEARING ON DISCOVERY MOTIONS