MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 433-0333
Facsimile:   (415) 449-6556

JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

Attorneys for Plaintiffs and the Class
and Counterdefendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| GUIFU LI, MENG YANG, FANG DAI, LIN CUI, and ZHONG YU on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PERFECT DAY FRANCHISE, INC., a California corporation, *et al*.,<br><br>Defendants. | Case No.  CV 10-01189 LHK (PSG)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS (DKT. 283)** |
| MINJIAN HAND HEALING INSTITUTE, INC., a California corporation,<br><br>Counterclaimant,<br>vs.<br><br>FANG DAI, and individual; ZHONG YU, an individual; LIN CUI, and individual; and DOES 11-30, inclusive,<br><br>Counterdefendants. | Courtroom: 4, 5th Floor<br>Judge:       Hon. Lucy H. Koh<br><br>Complaint Filed:  March 22, 2010 |

1

1   WHEREAS on November 2, 2011, Defendants' filed a Motion to Dismiss (Dkt. 283), which,
2   pursuant to Local Rule 7-3, set the briefing schedule as follows:

3   - Opposition Due          November 16, 2011
4   - Reply Due               November 23, 2011

5   WHEREAS the hearing on this matter is not until January 5, 2012.

6   WHEREAS the parties have been actively engaged in discovery and in briefing motions to
7   compel, and responses thereto based on the Court's deadline to file such motions more than thirty
8   (30) days prior to the discovery cut-off date. (Dkt. 267.)

9   WHEREAS the discovery cut-off in this case is set for December 2, 2011. (Dkt. 254.)

10  WHEREAS the parties have noticed multiple depositions to occur during the month of
11  November, 2011.

12  IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys
13  of record, that the briefing schedule on Defendants' Motion to Dismiss (Dkt. 283) shall be amended
14  as follows:

15  - Opposition Due          November 23, 2011
16  - Reply Due               December 7, 2011

17

18  Dated: November 11, 2011          DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

19                                    THE STURDEVANT LAW FIRM
                                      A Professional Corporation

20                                    By: /s/ *Monique Olivier*
                                          Monique Olivier
21
                                      Attorneys for Plaintiffs and the Putative Class and
22                                    Counterdefendants

23  Dated: November 11, 2011          LAW OFFICES OF RICHARD WAHNG

24                                    By: /s/ *Lee E. Sheldon*
                                          Lee Edwin Sheldon
25                                    Attorneys for Defendants and Counterclaimant

26

27

28                                              1
    STIPULATION AND [PROPOSED] ORDER TO ENLARGE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
    CASE NO. CV 10-01189 LHK (PSG)

**ATTESTATION UNDER GENERAL ORDER 45**

I, Monique Olivier, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO ENLARGE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS (DKT. 283).  In compliance with General Order 45, I hereby attest that Lee Sheldon, counsel for Defendants, has concurred in this filing.

Dated:  November 11, 2011                    /s/ *Monique Olivier*
                                                                    Monique Olivier

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The briefing schedule on Defendants' Motion to Dismiss (Dkt. 283) shall be amended as follows:

- Opposition Due         November 23, 2011
- Reply Due              December 7, 2011

DATED: November 14, 2011          By: _/s/ Lucy H. Koh_
                                  HONORABLE LUCY H. KOH
                                  United States District Judge

3

STIPULATION AND [PROPOSED] ORDER TO ENLARGE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. CV 10-01189 LHK (PSG)