MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 433-0333
Facsimile:   (415) 449-6556

JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

Attorneys for Plaintiffs and the Class
and Counterdefendants

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| GUIFU LI, MENG YANG, FANG DAI, LIN CUI, and ZHONG YU on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> A PERFECT DAY FRANCHISE, INC., a California corporation, *et al*., <br><br> Defendants. | Case No.  CV 10-01189 LHK (PSG) <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER TO ENLARGE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS (DKT. 283)** |
| MINJIAN HAND HEALING INSTITUTE, INC., a California corporation, <br><br> Counterclaimant, <br> vs. <br><br> FANG DAI, and individual; ZHONG YU, an individual; LIN CUI, and individual; and DOES 11-30, inclusive, <br><br> Counterdefendants. | Courtroom: 4, 5th Floor <br> Judge:      Hon. Lucy H. Koh <br><br> Complaint Filed:  March 22, 2010 |

1

1    WHEREAS on November 2, 2011, Defendants' filed a Motion to Dismiss (Dkt. 283), which, pursuant to Local Rule 7-3, set the briefing and hearing schedule as follows:

- Opposition Due          November 16, 2011
- Reply Due               November 23, 2011
- Hearing date            January 5, 2012

WHEREAS on November 11, 2011 the parties submitted a Stipulation and Proposed Order to Enlarge the Briefing Schedule on Defendant's Motion to Dismiss (Dkt. 293), which the Court granted on November 14, 2011 (Dkt. 295) as follows:

- Opposition Due          November 23, 2011
- Reply Due               December 7, 2011

WHEREAS on November 14, 2011 (the same day the Court granted the extension), the Court issued a notice continuing the motion hearing date from January 5, 2012 to February 9, 2012 to correspond with the hearing date for dispositive motions. (Dkt. 294.)

WHEREAS the discovery cut-off in this case is set for December 2, 2011. (Dkt. 254.)

WHEREAS the parties have been actively engaged in discovery in anticipation of the discovery deadline. The parties have noticed and subpoenaed multiple depositions to occur during the month of November, 2011 and are actively setting additional depositions. The parties have also filed several motions to compel which are pending before the Court and for which a hearing has been set on November 21, 2011.

//
//
//
//
//
//
//
//

1

1   IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that the briefing schedule on Defendants' Motion to Dismiss (Dkt. 283) shall be amended as follows:

- Opposition Due          December 21, 2011
- Reply Due               January 11, 2012

Dated:  November 17, 2011            DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

THE STURDEVANT LAW FIRM
A Professional Corporation

By:  /s/ *Monique Olivier*
      Monique Olivier

      Attorneys for Plaintiffs and the Putative Class and Counterdefendants

Dated:  November 17, 2011            LAW OFFICES OF RICHARD WAHNG

By:  /s/ *Lee E. Sheldon*
      Lee Edwin Sheldon
      Attorneys for Defendants and Counterclaimant

### ATTESTATION UNDER GENERAL ORDER 45

I, Monique Olivier, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO ENLARGE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS (DKT. 283).  In compliance with General Order 45, I hereby attest that Lee Sheldon, counsel for Defendants, has concurred in this filing.

Dated:  November 17, 2011            /s/ *Monique Olivier*
                                      Monique Olivier

2

STIPULATION AND [PROPOSED] ORDER TO ENLARGE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. CV 10-01189 LHK (PSG)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The briefing schedule on Defendants' Motion to Dismiss (Dkt. 283) shall be amended as follows:

- Opposition Due         December 21, 2011
- Reply Due              January 11, 2012

DATED: ___November 17, 2011___          By: ___*Lucy H. Koh*___
                                        HONORABLE LUCY H. KOH
                                        United States District Judge

3

STIPULATION AND [PROPOSED] ORDER TO ENLARGE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. CV 10-01189 LHK (PSG)