UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>       v.<br><br>A PERFECT DAY FRANCHISE, INC., a California Corporation, et al.,<br><br>                              Defendants. | Case No.: 10-CV-01189-LHK<br><br>ORDER REGARDING VARIOUS DISCOVERY MOTIONS AND SETTING CASE SCHEDULE |

A hearing on discovery motions was held on November 21, 2011.  The Court ruled, on the record, as follows:

1.  Plaintiffs' Motion to Compel Discovery Responses Regarding Financial Information (ECF No. 277), is GRANTED, in part, for the reasons stated on the record.  The Order is limited to information since March 22, 2006 going forward.

2.  Plaintiffs' Motion to Compel the Deposition of Anna Tong (ECF No. 284), is GRANTED for the reasons stated on the record.

3.  Plaintiffs' Motion to Compel the Depositions of Defendants (ECF No. 281), is GRANTED, in part, for the reasons stated in the record.  Plaintiffs shall be permitted to

1

Case No.: 10-CV-01189-LHK
ORDER REGARDING VARIOUS DISCOVERY MOTIONS

1

2

depose Jun Ma for an additional 5 hours; to depose Tailing Li for an additional 4 hours;

3

and to question Jin Qui for 7 hours as permitted by the Federal Rules of Civil

4

Procedure.  Defendants are not ordered to produce Jade Li for deposition, but are

5

required to ask Ms. Li if she will agree to sit for 3 additional hours of deposition.

6

4.  Plaintiffs' Motion to Compel Production of Documents and Responses to

7

Interrogatories (ECF No. 282), is GRANTED, for the reasons stated in the record.

8

5.  Defendants' Motion to Compel Responses to Interrogatories (ECF No. 278), and

9

Motion to Compel Responses to Request for Production of Documents (ECF No. 279),

10

is GRANTED, in part and DENIED, in part, for the reasons stated on the record.

11

Plaintiffs shall produce Feng Wang for deposition; Plaintiffs shall provide verification

12

for the discovery responses of Feng Wang and Baeong Lu by November 28, 2011;

13

Plaintiffs shall provide interrogatory responses for any three other opt-in Plaintiffs that

14

have not yet produced interrogatory responses; and Plaintiffs shall produce documents

15

referenced in the depositions of opt-in Plaintiffs.

16

The following case schedule was set:

17

FURTHER CASE MANAGEMENT CONFERENCE is set for December 21, 2011 at 2:00 p.m.

18

FACT DISCOVERY CUT OFF is December 16, 2011

19

EXPERT DISCOVERY as follows:
        Opening Expert Reports: December 2, 2011
        Rebuttal Expert Reports: December 20, 2011

20

        Close of Expert Discovery: January 5, 2012

21

MOTION FOR SUMMARY JUDGMENT last day to file is January 12, 2012.  The page
        limitations set forth in the September 29, 2011 case management order shall control.

22

LAST DAY FOR DISPOSITIVE MOTION HEARING is February 16, 2012 at 1:30 p.m.

23

PRETRIAL CONFERENCE DATE remains March 21, 2012, at 2 p.m.

24

JURY TRIAL remains April 2, 2012, at 9 a.m. in courtroom 8, 4th floor.

25

26

27

28

2

Case No.: 10-CV-01189-LHK
ORDER REGARDING VARIOUS DISCOVERY MOTIONS

1

**IT IS SO ORDERED.**

2

Dated:  November 21, 2011

3

LUCY H. KOH
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No.: 10-CV-01189-LHK
ORDER REGARDING VARIOUS DISCOVERY MOTIONS