1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br>    v.<br><br>A PERFECT DAY FRANCHISE, INC., a California Corporation, et al.,<br><br>             Defendants. | Case No.: 10-CV-01189-LHK<br><br>ORDER DENYING MOTION TO FILE DOCUMENTS UNDER SEAL |

19        Plaintiffs have filed an administrative motion to file certain documents under seal.  ECF

20  No. 303.  Local Rule 79-5(a) permits sealing of documents or portions of documents that are

21  "privileged or protectable as a trade secret or otherwise entitled to protection under the law."

22  Plaintiffs moved to seal the following documents: (1) a promissory note; (2) a stock sale and

23  purchase agreement; (3) a public records search of assets; and (4) a lease agreement.  None of these

24  documents contains information that is privileged or could be construed as a trade secret.

25  Accordingly, Plaintiffs' Motion is DENIED.  Plaintiff shall comply with the e-filing of the exhibits

26  pursuant to General Order 62.

27

28

1

1

2   **IT IS SO ORDERED.**

3   Dated: January 4, 2012

4   _____
    LUCY H. KOH
    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 10-CV-01189-LHK
ORDER DENYING MOTION TO FILE UNDER SEAL