UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>A PERFECT FRANCHISE, INC, a California Corporation, et al.,<br><br>Defendants. | Case No.: 5:10-CV-01189-LHK<br><br>ORDER ADOPTING PUBLICATION NOTICE TO ABSENT CLASS MEMBERS |

Pursuant to the Court's Case Management Order of February 16, 2012, ECF No. 334, the parties were directed to file a joint publication notice to be filed in a Chinese language newspaper. The parties filed a proposed notice and an affidavit setting forth the agreed upon terms of the publication of the notice. ECF No. 340. Upon review of the terms of the proposed notice, the Court adopts the parties' publication notice. Defendants shall publish the notice in Chinese in Sing Tao for one Saturday and one Sunday and in the World Journal for one Saturday and one Sunday. The last day that the notice shall be published is no later than March 4, 2012. The deadline by which absent class members must contact Ms. Olivier shall be no later than March 15, 2012, which corresponds with the parties' final pre-trial conference.

1    **IT IS SO ORDERED.**

2    Dated: February 29, 2012

3    _____
     LUCY H. KOH
     United States District Judge