UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>    v.<br><br>A PERFECT DAY FRANCHISE, INC., a California Corporation, et al.,<br><br>        Defendants. | Case No.: 10-CV-01189-LHK<br><br>ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE |

Defendant Perfect Day filed a notice that this case has been stayed as to Perfect Day because Perfect Day filed a bankruptcy petition on March 5, 2012. The parties are set to have a Magistrate Judge Settlement Conference on March 7, 2012. Plaintiffs have requested a telephonic conference. The parties are ORDERED to appear telephonically for a conference today, March 6, 2012 at 1:30 p.m. The parties shall contact the Courtroom Deputy, Martha Parker Brown, to provide contact information in advance of the conference. The Court will conference call the parties at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 6, 2012

_____
LUCY H. KOH
United States District Judge

2
Case No.: 10-CV-01189-LHK
ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE