UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>    v.<br><br>A PERFECT DAY FRANCHISE, INC., a California Corporation, et al.,<br><br>                    Defendants. | Case No.: 10-CV-01189-LHK<br><br>ORDER RESETTING CASE MANAGEMENT CONFERENCE |

Plaintiffs have indicated that they are to appear before the bankruptcy court on Wednesday, March 14, 2012 at 2:00 p.m. This hearing date conflicts with the previously scheduled case management conference set before this Court at the same day and time. The case management conference is, therefore, RESET for Thursday, March 15, 2012 at 1:30 p.m.

Plaintiffs have indicated that they intend to file a motion for relief from stay in Tailiang Li and Jin Qiu's recently filed bankruptcy case. Plaintiffs are encouraged to seek a shortening of time to hear the motion for relief from stay in light of the schedule in this case.

1
Case No.: 10-CV-01189-LHK
ORDER RESETTING CASE MANAGEMENT CONFERENCE

The parties shall come to the case management conference prepared to discuss the upcoming pretrial deadlines[1] and to propose the soonest possible new trial date in the event that the trial date needs to be reset in light of the bankruptcy stays.

**IT IS SO ORDERED.**

Dated: March 12, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] Plaintiffs have indicated that that the jury voir dire, jury instructions and verdict forms are due on March 14. Pursuant to the Court's Jury Pretrial Standing Order, these filings are not due until 7 days before the pretrial conference. Accordingly, the jury voir dire, jury instructions and verdict forms are now due on March 20, 2012.