UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>A PERFECT FRANCHISE, INC, a California Corporation, et al.,<br><br>               Defendants. | Case No.: 5:10-CV-01189-LHK<br><br>ORDER REGARDING NOTICE OF SETTLEMENT |

Pursuant to the Court's Order Granting Preliminary Approval of a Class Settlement of April 3, 2012, ECF No. 461, Plaintiffs were directed to file a proposed notice to the class regarding the settlement with Tom Schriner. Plaintiffs filed a proposed notice. ECF No. 463.

There are several revisions that Plaintiffs must make before the Court adopts the proposed notice. First, in Section 2 ("What Is This Class Action Lawsuit About?"), Plaintiffs must clarify that in addition to the release of class claims, the settlement agreement releases all claims that Plaintiffs have against Tom Schriner. Second, in either Section 3 ("How Will The Settlement Affect Me?") or Section 4 ("What Do I Do?"), Plaintiffs must clarify how they anticipate distributing the settlement funds. For example, Plaintiffs must specify whether claim forms will be distributed at a later date, or whether Plaintiffs intend to distribute the funds on a strict per capita basis.

Finally, the notice includes a provision allowing Plaintiffs to seek up to 40% in attorneys' fees from Tom Schriner's $20,000 cash payment. When asked at the hearing on preliminary approval of the settlement, Plaintiffs' counsel indicated that counsel did not intend to seek attorneys' fees from this cash payment. By Monday, April 9, 2012 at noon, Plaintiffs shall file a statement explaining this change in position. Moreover, Defendants may file any objection or statement to Plaintiffs' change in position regarding the attorneys' fees by Monday, April 9, 2012 at 6:00 p.m.

Plaintiffs shall file a revised Notice by Monday, April 9, 2012 at noon. Additionally, Plaintiffs shall e-mail an electronic copy of the Notice to the Court's proposed order inbox.

**IT IS SO ORDERED.**

Dated: April 6, 2012

_____
LUCY H. KOH
United States District Judge