UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>A PERFECT FRANCHISE, INC, a California Corporation, et al.,<br><br>Defendants. | Case No.: 5:10-CV-01189-LHK<br><br>ORDER ADOPTING NOTICE OF SETTLEMENT |

Plaintiffs have filed a revised class notice to be distributed to the class in compliance with this court's April 10, 2012 Order. ECF No. 468, 469. The Court adopts the revised class notice, filed at ECF No. 469. Plaintiffs shall send out the class notices by first class mail by April 13, 2012. All opt-out responses and objections must be post-marked no later than May 14, 2012.

**IT IS SO ORDERED.**

Dated: April 11, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge