Name: Tailiang Li
Address: 3164 San Bruno Ave
San Franchisco 94134
Phone Number: 408-410-8458
E-mail Address: tailiang07@gmail.com

*Pro Se*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guifu Li, | ) Case Number: C10-01189 LHK |
| | ) |
| Plaintiff, | ) **MOTION FOR PERMISSION FOR** |
| | ) **ELECTRONIC CASE FILING** |
| vs. | ) |
| A Perfect Day, Inc., Minjian Hand | ) Judge Lucy H. Koh |
| Healing Institute, Inc., | ) |
| | ) |
| Defendant. | ) |

As the (*Plaintiff/Defendant*) Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:
   - ✔ A computer with internet access;
   - ✔ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - ✔ A scanner to convert documents that are only in paper format into electronic files;
   - ✔ A printer or copier to create to create required paper copies such as chambers copies;
   - ✔ A word-processing program to create documents; and
   - ✔ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 4/10/12            Signature: _____

| | |
|---|---|
| 1 | Name: Tailiang Li |
| 2 | Address: 3164 San Bruno Ave |
|   | San Francisco 94134 |
| 3 | Phone Number: 408-410-8458 |
| 4 | E-mail Address: tailiang07@gmail.com |
| 5 | *Pro Se* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Li, et al.,

          Plaintiff,

vs.

Perfect Day, et al.,

          Defendant.

Case Number: C10-01189 LHK

[~~PROPOSED~~] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: April 17, 2012

*[signature: Lucy H. Koh]*

United States District/~~Magistrate Judge~~