1  MONIQUE OLIVIER (SBN 190385)
   (monique@dplolaw.com)
2  DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
3  100 Bush Street, Suite 1800
   San Francisco, CA  94104
4  Telephone:  (415) 433-0333
   Facsimile:   (415) 449-6556
5
   JAMES C. STURDEVANT (SBN 94551)
6  (jsturdevant@sturdevantlaw.com)
   THE STURDEVANT LAW FIRM
7  A Professional Corporation
   354 Pine Street, Fourth Floor
8  San Francisco, California  94104
   Telephone:  (415) 477-2410
9  Facsimile:   (415) 477-2420

10 Attorneys for Plaintiffs and the Putative Class
   and Counterdefendants.
11
   Additional counsel listed on signature page
12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| GUIFU LI, MENG YANG, FANG DAI, LIN CUI, and ZHONG YU on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PERFECT DAY FRANCHISE, INC., a California corporation, *et al.*,<br><br>Defendants. | Case No.  CV 10-01189 LHK (PSG)<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE MOTION FOR DEFAULT JUDGMENT (Civ. L.R. 6-3) |
| MINJIAN HAND HEALING INSTITUTE, INC., a California corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>FANG DAI, and individual; ZHONG YU, an individual; LIN CUI, and individual; and DOES 11-30, inclusive,<br><br>Counterdefendants. | Courtroom:       4, 5th Floor<br>Judge:              Hon. Lucy H. Koh<br><br>Complaint Filed: March 22, 2010 |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE MOTION FOR DEFAULT J. (CIV. L.R. 6-3)
CASE NO. CV 10-01189 LHK (PSG)

# ORDER

Having reviewed the papers submitted in support of and in opposition to Plaintiffs' Motion to Enlarge Time to File Motion for Default Judgment, and GOOD CAUSE appearing, this Court hereby ORDERS that the deadline for Plaintiffs to file their Motion for Default Judgment in extended from May 3, 2012 to May 9, 2012.

**IT IS SO ORDERED.**

DATED: April 24, 2012            By: _Lucy H. Koh_
                                 HONORABLE LUCY H. KOH
                                 United States District Judge

Additional Plaintiffs' Counsel:

Shaana A. Rahman
(Shaana@RahmanLawSF.com)
RAHMAN LAW PC
369 Pine Street, Suite 600
San Francisco, Calif. 94104
Telephone:  (415) 956-9245
Facsimile:   (415) 956-9246

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE MOTION FOR DEFAULT J. (CIV. L.R. 6-3)
CASE NO. CV 10-01189 LHK (PSG)