Name: Huan Zou
Address: Guanzhou Guandong China

Phone Number:
E-mail Address: hzou5678@gmail.com

*Pro Se*

RECEIVED
2012 MAY -3 A 10: 20

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff,<br><br>vs.<br><br><br>Defendant. | Case Number: C10-01189 LHK<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: May 8, 2012

*Lucy H. Koh*

United States District/~~Magistrate~~ Judge