UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br>  v.<br><br>A PERFECT DAY FRANCHISE, INC., a California Corporation, et al.,<br><br>                  Defendants. | Case No.: 10-CV-01189-LHK<br><br>ORDER REGARDING HUAN ZOU'S ECF FILER STATUS |

The Court granted Defendant Huan Zou's motion for permission to use the Court's Electronic Case Filing System ("ECF") on May 8, 2012. ECF No. 502. The Court's order granting Zou's motion, however, does not automatically enroll him in the system. Instead, additional steps are required before a litigant may e-file documents or receive ECF notifications regarding his or her case. It has come to the Court's attention that Mr. Zou has not taken the necessary steps to enroll in the ECF system and thus has not received the case notifications that have been filed. Accordingly, Mr. Zou must register to e-file in order to use ECF. Mr. Zou can find instructions on how to do so on the Northern District of California's website:

1

Case No.: 10-CV-01189-LHK
ORDER REGARDING HUAN ZOU'S ECF FILER STATUS

http://www.cand.uscourts.gov/ECF/proseregistration.  To the extent that Mr. Zou wishes to become an e-filer, he must do so by June 1, 2012.

**IT IS SO ORDERED.**

Dated: May 24, 2012

_____
LUCY H. KOH
United States District Judge

2
Case No.: 10-CV-01189-LHK
ORDER REGARDING HUAN ZOU'S ECF FILER STATUS