1

2

3

4

5

6

7

8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN JOSE DIVISION

| | |
|---|---|
| 12 GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves 13 and all others similarly situated, )<br>)<br>) | Case No.: 10-CV-01189-LHK |

12 GUIFU LI, MENG WANG, FANG DAI, LIN    )    Case No.: 10-CV-01189-LHK
   CUI, and ZHONG YU, on behalf of themselves )
13 and all others similarly situated,        )
                                             )
14              Plaintiffs,                   )    ORDER REGARDING EXPERT
        v.                                    )    DAMAGES REPORT
15                                            )
   A PERFECT DAY FRANCHISE, INC., a          )
16 California Corporation, et al.,            )
                                             )
17              Defendants.                   )
                                             )

18

19      Plaintiffs' expert report of Dr. Petersen refers to, and incorporates by reference, several

20 tables.  However, Plaintiffs did not e-file these tables when the application for default judgment

21 was filed.  Plaintiffs are ordered to e-file, by June 12, 2012 at noon, the tables of information

22 referred to in Dr. Petersen's report.

23 **IT IS SO ORDERED.**

24 Dated: June 11, 2012

*Lucy H. Koh*

25 LUCY H. KOH
   United States District Judge

26

27

28
                                            1