Richard Wahng (SBN 225672)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 490-1102 Fax

Attorney for Defendants
Tom Schriner and Chuanyu Li aka Jade Li

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUIFU LI, MENG WANG, FANG DAI, LIN CUI, and ZHONG YU, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> A PERFECT DAY FRANCHISE, INC, a California Corporation; *et. al*. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. CV 10-01189 JF <br><br> [Honorable Lucy H. Koh] <br><br> [~~PROPOSED~~] JUDGMENT |

Pursuant to this Court's March 19, 2012 order granting defendant Chuanyu Li's ("Jade Li") motion for summary judgment, judgment is hereby entered in favor of defendant Jade Li and against the plaintiffs.

**IT IS SO ORDERED.**

Dated: June 18, 2012

*/s/ Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge

[~~PROPOSED~~] JUDGMENT

1