MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Attorneys for Plaintiffs and the Putative Class
and Counterdefendants

Additional counsel listed on signature page.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| GUIFU LI, MENG YANG, FANG DAI, LIN CUI, and ZHONG YU on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>A PERFECT DAY FRANCHISE, INC., a California corporation, *et al.*,<br><br>  Defendants. | Case No. CV 10-01189 LHK (PSG)<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>[PROPOSED] JUDGMENT |
| MINJIAN HAND HEALING INSTITUTE, INC., a California corporation,<br><br>  Counterclaimant,<br><br>  vs.<br><br>FANG DAI, and individual; ZHONG YU, an individual; LIN CUI, and individual; and DOES 11-30, inclusive,<br><br>  Counterdefendants. | Courtroom: 8, 4th Floor<br>Judge: Hon. Lucy H. Koh<br><br>Complaint Filed: March 22, 2010<br>Trial Date: April 3, 2012 |

Pursuant to this Court's June 15, 2012 Order Granting Plaintiffs' Motion for Default Judgment; Granting Permanent Injunction (Dkt. 529), judgment is hereby entered in favor of Plaintiffs Guifu Li, Meng Yang, Fang Dai, Lin Cui, and Zhong Yu, on behalf of themselves and the certified class ("Plaintiffs") and against Defendants A Perfect Day Franchise, Inc., Minjian Hand Healing Institute, Inc., Huan Zou, Jun Ma, Tailiang Li, and Jin Qiu (collectively "Defendants") in the amount of $12,587,726.90, which includes:

(1) $11,141,452.83 in damages, penalties, and interest on unpaid wages, as follows:

    (a) $9,024,416 to the Class;

    (b) $23,471.60 to Guifu Li;

    (c) $7,479.10 to Meng Yang;

    (d) $2,770.25 to Fang Dai;

    (e) $5,555 to Lin Cui;

    (f) $4,088.88 to Zhong Yu;

    (g) $2,073,672 to the California Labor and Workforce Development Agency (for penalties under the California Private Attorney General Act, Labor Code § 2699 *et seq.*); and

    (h) any amount collected from the class settlement with Tom Schriner, up to $620,000, will be deducted from the amount owed by the Defendants to the class.

(2) $1,446,274.07 in attorneys' fees and costs awarded to Plaintiffs' counsel.

Defendants are jointly and severally liable for all amounts owed to Plaintiffs, the Class and Plaintiffs' counsel.

Post-judgment interest is also awarded on the entire judgment amount of $12,587,726.90, calculated "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.SC. § 1961(a).

This Judgment also includes a permanent injunction. Defendants are hereby permanently enjoined from treating class members as independent contractors and not W-2 employees. Defendants are hereby permanently enjoined from failing to pay class member minimum wages,

overtime and tips, failing to provide accurate wage statements, failing to pay all amounts due upon separation of an employee, failing to provide meal periods, and failing to reimburse expenses as required under California and federal law.

The Court shall retain jurisdiction over this case until distribution of class funds is complete.

**JUDGMENT IS ENTERED.**

Dated: ___June 25___, 2012            _/s/ Lucy H. Koh_____
                                     THE HONORABLE LUCY H. KOH
                                     UNITED STATES DISTRICT COURT JUDGE

Additional Plaintiffs' Counsel:

Shaana A. Rahman
(Shaana@RahmanLawSF.com)
RAHMAN LAW PC
369 Pine Street, Suite 600
San Francisco, Calif. 94104
Telephone:  (415) 956-9245
Facsimile:   (415) 956-9246